UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America<br><br>v.<br><br>**ROD PEREZ,**<br><br>Defendants. | Criminal Action No.  11-471  (KSH)<br><br>**<u>ORDER</u>** |

**Pursuant to a status conference with the Court, the parties have agreed to the following briefing and trial schedule**:

**IT IS** on this 4th day of October, 2011,

The moving papers are due on or before October 7, 2011,

The defendant's response is due on or before October 21, 2011,

The motion will be returnable on October 26, 2011 at which time oral argument will be held at noon.

Trial in this matter is scheduled for December 14, 2011 at 9:00 am.

**SO ORDERED**.

<u>/s/ Katharine S. Hayden</u>

KATHARINE S. HAYDEN
United States District Judge
